IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID L. WEST, an individual, ) | |
| ) | |
| PLAINTIFF. ) | |
| ) | |
| vs. ) | Case No. 15-CV-572-CVE-FHM |
| ) | |
| BAKER HUGHES OILFIELD ) | |
| OPERATIONS, INC. ) | |
| ) | |
| DEFENDANT. ) | |

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to FED.R.CIV.P. 41(a)(1)(A)(ii), the parties to the above-captioned case hereby stipulate to the dismissal of the case without prejudice, with each party to bear his or its own costs and attorneys' fees in connection herewith.

Defendant reserves its right to seek relief under FED.R.CIV.P. 41(d) should Plaintiff file an action against it based on or including the same claims.

/s Steven J. Terrill              .
Steven J. Terrill, OBA #20869
J. Spencer Bryan, OBA #19419
BRYAN & TERRILL LAW, PLLC
9 East 4th Street, Suite 307
Tulsa, OK 74103
Tele:   (918) 935-2777
Fax:   (918) 935-2778
sjterrill@bryanterrill.com
jsbryan@bryanterrill.com
*Attorneys for Plaintiff*

1

2

/s Kristen L. Brightmire            .
Kristin L. Brightmire, OBA #14239
Destyn D. Stallings, OBA #31718
DOERNER, SAUNDERS, DANIEL & ANDERSON, LLP
Two West Second Street, Suite 700
Tulsa, OK 74103
Tele:   (918) 591-5204
Fax:    (918) 925-5204
kbrightmire@dsda.com
dstallings@dsda.com
*Attorneys for Defendant*